UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No.  08-cr-13-01-SM

Adam Henry Nagle

O R D E R

Defendant Nagle's motion to continue the final pretrial conference and trial is granted (document 10).  Trial has been rescheduled for the June 2008 trial period.  Defendant Nagle shall file a waiver of speedy trial rights not later than March 31, 2008.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 22, 2008 at 4:30 p.m.

**Jury Selection**:  June 3, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 20, 2008

cc: Jessica Brown, Esq.
   William Morse, AUSA
   US Probation
   US Marshal